# Court of Appeals
# of the State of Georgia

ATLANTA, _January 18, 2017_

*The Court of Appeals hereby passes the following order:*

**A17D0222. DEREK LEROY MCSMITH v. LABOR READY SOUTHEAST, INC.**

On November 30, 2016, the superior court entered an order confirming the arbitration award and a final judgment in favor of Labor Ready Southeast, Inc. in the amount of $14,235.00. Derek Leroy McSmith filed a timely application for discretionary appeal from the order. However, no provision of OCGA § 5-6-35 (a) requires the filing of a discretionary application from such an order. Therefore, the order is subject to direct appeal. See, e. g., *Green Tree Servicing v. Jones*, 333 Ga. App. 184 (1) (775 SE2d 714) (2015).

This Court will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6- 35 (j). Accordingly, this application is hereby GRANTED. McSmith shall have ten days from the date of this order to file a notice of appeal with the trial court. If, however, he has already filed a notice of appeal from the order at issue, he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* _01/18/2017_
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*